No. 38, Misc. HARRISON v. SETTLE, WARDEN;

No. 48, Misc. PEARSON v. GRAY, WARDEN;

No. 49, Misc. SMITH v. ILLINOIS;

No. 50, Misc. BEAVER v. SMYTH, SUPERINTENDENT, VIRGINIA STATE PENITENTIARY;

No. 54, Misc. HARPER v. MURPHY, WARDEN;

No. 56, Misc. GOSSO v. GLADDEN, WARDEN;

No. 58, Misc. PLATER v. STEINER, WARDEN;

No. 61, Misc. HILL v. SETTLE, WARDEN;

No. 88, Misc. WINSTON v. LOONEY, WARDEN;

No. 89, Misc. LEMPIA v. HEINZE, WARDEN, ET AL.;

No. 91, Misc. TISCIO v. MARTIN, WARDEN, ET AL.;

No. 122, Misc. ROBINSON v. BROWNELL, ATTORNEY GENERAL;

No. 123, Misc. YOST v. RAGEN, WARDEN;

No. 124, Misc. LUCIANO v. WILKINSON, WARDEN;

No. 130, Misc. MULLREED v. MICHIGAN ET AL.;

No. 136, Misc. LISTER v. McLEOD, WARDEN; and

No. 153, Misc. PLEDGER v. LOWRY, MEDICAL DIRECTOR, U. S. PUBLIC HEALTH SERVICE HOSPITAL. Motions for leave to file petitions for writs of habeas corpus denied.

No. 322. ROMERO v. INTERNATIONAL TERMINAL OPERATING CO. ET AL. C. A. 2d Cir. Certiorari granted. *Silas B. Axtell* and *Charles A. Ellis* for petitioner. *John P. Smith* for the International Terminal Operating Co., *John L. Quinlan* for Compania Trasatlantica et al., and *Sidney A. Schwartz* for the Quin Lumber Co., Inc., respondents.